UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EYIDI AMBILA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SHERIFF ANDREA J. CABRAL, )<br>)<br>Respondent.[1] )<br>) | C.A. No. 07-11030-GAO |

MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(6) for failure to state a claim upon which relief may be granted. Respondent relies on her Memorandum of Law filed simultaneously herewith.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:   /s/ Michael Sady
                                        Michael Sady
                                        Assistant U.S. Attorney
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
Dated: June 22, 2007                     (617) 748-3100

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

## CERTIFICATE OF SERVICE

  I certify that on, I caused a copy of the foregoing Motion to Dismiss to be served on June 22, 2007 by first class mail, postage pre-paid to pro se petitioner, Eyidi Ambila #0602592, Suffolk County House of Correction, Unit 8-4, 20 Bradston Street, Boston, MA 02118.

|  |  |
|---|---|
| Dated: June 22, 2007 | /s/ Michael Sady<br>Michael Sady<br>Assistant U.S. Attorney |

## L. R. 7.1 CERTIFICATION

  Because Petitioner is pro se and presently incarcerated in a state correctional facility, undersigned counsel has not attempted to contact petitioner to narrow the issues.

/s/ Michael Sady
Michael Sady
Assistant United States Attorney