UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EYIDI AMBILA, | ) |
| Petitioner, | ) ) ) |
| | ) C.A. No. 07-11030-GAO |
| v. | ) ) |
| SHERIFF ANDREA J. CABRAL, | ) ) |
| Respondent. | ) ) |

RESPONDENT'S STATUS REPORT

In conjunction with this Court's July 31, 2007 Order, the Respondent hereby reports that the petitioner was released from DHS' custody on or about **August 7, 2007**, under an Order of Supervision. See Attachment A. Accordingly, this matter should be dismissed because, among other things, the issues are moot. See Boston & Maine Corp. v. Brotherhood of Maintenance of Way Employees, 94 F.3d 15, 20 (1st Cir. 1996) (case is moot where the issues are no longer live). In this regard, the Respondent files simultaneously herewith her Motion to Dismiss and Memorandum of Law on the issue of Mootness.

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

              /s/ Michael Sady
          By: Michael Sady
              Assistant U.S. Attorney
              John Joseph Moakley U.S. Courthouse
              Suite 9200
              Boston, MA 02210
Dated: August 24, 2007       (617) 748-3100

## **CERTIFICATE OF SERVICE**

    I certify that on August 24, 2007, I caused a copy of the foregoing Status Report to be served by first class mail, postage pre-paid to pro se petitioner, Eyidi Ambila, 60 Columbia Road, Portland, ME 04103.

|  |  |
|---|---|
| Dated: August 24, 2007 | /s/ Michael Sady<br>Michael Sady<br>Assistant U.S. Attorney |