UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EYIDI AMBILA,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF ANDREA J. CABRAL,<br><br>Respondent. | )<br>)<br>)<br>)<br>)  C.A. No. 07-11030-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Respondent, Andrea Cabral[1], moves to dismiss this action pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:   /s/ Michael Sady
                              Michael Sady
                              Assistant U.S. Attorney
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: August 24, 2007       (617) 748-3100

---

[1] The federal government files this motion pursuant to 28 U.S.C. § 517, which provides for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States".

## CERTIFICATE OF SERVICE

     I certify that on, I caused a copy of the foregoing Notice of Appearance to be served on August 24, 2007 by first class mail, postage pre-paid to pro se petitioner, Eyidi Ambila, 60 Columbia Road, Portland, ME 04103.

                              /s/ Michael Sady  
                              Michael Sady  
                              Assistant U.S. Attorney

## L. R. 7.1 CERTIFICATION

     Because plaintiff is pro se and recently released from a state correctional facility as requested, counsel did not attempt to narrow the issues in this matter.

                              /s/ Michael Sady  
                              Michael Sady  
                              Assistant U.S. Attorney